### *** CIVIL MOTION MINUTES ***

Date: 07/31/2020                                                    Before the Honorable: **T.S. ELLIS, III**

Time: 01:28 p.m. – 02:40 p.m. (01:12)            Case No.: 1:20-cv-00855-TSE-MSN
      03:19 p.m. – 03:40 p.m. (00:21)
      (01:33)

Official Court Reporter: Patricia Kaneshiro-Miller

Courtroom Deputy: Tanya Randall

# VICTORIA TRANSCULTURAL CLINICAL CENTER, VTCC, LLC et al

v.

# JENNIFER S. LEE et al

Appearances of Counsel for:

[ X ]  Plaintiff:  Jennifer Brust, Ignacio Basauri
[ X ]  Defendant:  Erin McNeill, Davis Creef, Louis Elie (Director of Program Integrity)
[ X ]  Other:  Krista Anderson, Ilene Albala (Federal)

**Re:**       [ 2 ]  Plaintiff's Emergency Motion for a Preliminary Injunction

Argued and:

- The Court heard testimony from Ignacio Basauri and Louis Elie, Director of Program Integrity.

[  ]  Granted   [ X ]   Denied           [  ]  Granted in part/Denied in part

[  ]  Taken Under Advisement            [  ]   Continued to

[  ]   Report and Recommendation to Follow

[ X ]  Order to Follow